AO 450 (Rev. 5/85)

# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| PAUL A. MITCHELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **JUDGMENT IN A CIVIL CASE** |
| v. ) | |
| ) | **CASE NO. 5:14-CV-584-D** |
| ) | |
| NORTH CAROLINA DIVISION OF ) | |
| EMPLOYMENT SECURITY, and ) | |
| WAYNE COMMUNITY COLLEGE, ) | |
| ) | |
| Defendant. ) | |

**Decision by the Court.**

     IT IS ORDERED AND ADJUDGED that in accordance with the court's order entered on November 3, 2014, the court GRANTS plaintiff's request to proceed in forma pauperis and PERMITS the complaint to be filed. The court DISMISSES the complaint against defendant Wayne Community College and against defendant North Carolina Employment Security Division. The court also DENIES plaintiff's request for a temporary restraining order and a preliminary injunction.

     THE ABOVE JUDGMENT WAS ENTERED TODAY, **November 4, 2014**, AND A COPY MAILED TO:

Paul A. Mitchell (via U.S. Mail)


November 4, 2014                                     JULIE A. RICHARDS, Clerk
Date                                                      *Eastern District of North Carolina*

                                                                    /s/ Susan W. Tripp
*New Bern, North Carolina*                                *(By) Deputy Clerk*